UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR L. PARKER,

       Plaintiff,                       Case No. 04-74921
                                                Honorable Steven D. Pepe

vs.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT

      IT IS HEREBY ORDERED that this case be REMANDED to the Commissioner of Social Security for further proceedings consistent with the Court's Opinion and Order entered this same date.

                                                            DAVID J. WEAVER
                                                            CLERK OF COURT

Dated: November 30, 2005                             s/William J. Barkholz
                                                                     Deputy Clerk

APPROVED:

s/Steven D. Pepe
United States Magistrate Judge

I hereby certify that copies of the foregoing
document were served upon the attorneys
of record electronically or by
U. S. Mail on November 30, 2005

s/William J. Barkholz
Deputy Clerk